COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:       Julio Alvarado v. The State of Texas

Appellate case numbers:  01-13-00894-CR; 01-13-00895-CR

Trial court case number:  1325689; 1325690

Trial court:                       232nd District Court of Harris County

These cases were abated and remanded to the trial court to address appointed counsel J. Sidney Crowley's motion to withdraw and retained counsel Cory Roth's motion to be substituted as counsel for appellant. In the abatement order, we directed the trial court to determine appellant's representation on appeal. On September 17, 2014, the trial court clerk filed a supplemental clerk's record indicating that the trial court authorized the withdrawal of Mr. Crowley and the substitution of Mr. Roth as appellant's appellate counsel. Accordingly, we REINSTATE these cases on the Court's active docket.

The Clerk of this Court is directed to enter Cory Roth as the attorney of record on behalf of appellant. Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                                ☒ Acting individually     ☐ Acting for the Court


Date:  September 18, 2014